UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :   CONSENT PRELIMINARY ORDER
            - v. -                :   OF FORFEITURE/
                                  :   MONEY JUDGMENT
JOHN DUNCAN,                      :
                                  :   S5 16 Cr. 675 (KPF)
                    Defendant.    :
                                  :
- - - - - - - - - - - - - - - - - x

        WHEREAS, on or about December 27, 2018, JOHN DUNCAN (the "defendant"), was charged in a two-count Superseding Information, S5 16 Cr. 675 (KPF) (the "Information"), with intentionally and knowingly combining, conspiring, confederating, and agreeing to violate the narcotics law of the United States in violation of Title 21, United States Code, Section 846 (Count One); and knowingly using and carrying a firearm during an in relation to a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c) (Count Two);

        WHEREAS, the Information included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting or derived from the proceeds that the defendant obtained directly or indirectly as a result of the offense charged in Count one of the Information and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in

Count One of the information, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offense charged in Count One of the Information;

WHEREAS, on or about December 27, 2018, the defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One and agreed to forfeit to the United States, pursuant to Title 21, United States Code, Section 853, a sum of money representing the amount of proceeds obtained as a result of the offense charged in Count One of the Information;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $10,000 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, Acting

United States Attorney, Assistant United States Attorney, MICHAEL D. LONGYEAR of counsel, and the defendant, and his counsel, JESSE SIEGEL, Esq., that:

    1.    As a result of the offense charged in Count One of the Information, to which the defendant pled guilty, a money judgment in the amount of $10,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained, shall be entered against the defendant.

    2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, JOHN DUNCAN, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

    3.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and

Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____   11/10/2020
    MICHAEL D. LONGYEAR                DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212)637-2223

JOHN DUNCAN

By: _____   11/10/20
    JOHN DUNCAN                        DATE

By: _____   11/10/20
    JESSE SIEGEL, ESQ.                 DATE
    Attorney for Defendant
    233 Broadway, Suite 707
    New York, NY 10279

SO ORDERED:

_____   11/10/2020
HONORABLE KATHERINE POLK FAILLA   DATE
UNITED STATES DISTRICT JUDGE